IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANIEL LEE, *Plaintiff,* | § | |
| | § | Case No. ________________________ |
| v. | § | |
| | § | |
| ADAMS CYPRESS, LLC., *Defendant.* | § | Jury Demand |
| | § | |

## DEFENDANT'S REMOVAL AND JURY DEMAND

1. Adams Cypress, LLC is the Defendant in a civil action commenced April 1, 2026, in Harris County, in the 270th District Court, Cause No. 2026-21871, entitled *Daniel Lee v Adams Cypress, LLC.*

2. Plaintiff's Original Petition is the initial pleading served setting forth the claim upon which the action is based. Adams Cypress, LLC first received a copy of Plaintiff's Original Petition on April 8, 2026. Thus, Defendant has removed this case within thirty (30) days after first receiving a copy of Plaintiff's Original Petition.

3. Plaintiff's Original Petition contains causes of action under federal law. Thus, this was the earliest opportunity that Defendant had to remove the case to federal court.

3. The following constitutes all of the process, pleadings, and orders served upon Plaintiff and Defendant in this action:

   (a) Court's Case Summary Sheet

   (b) Plaintiff's Original Petition

   (c) Request for Citation

   (d) Citation of Service

(e) Defendant's Answer

4. This is a civil action of which this Court has original jurisdiction under the Fair Labor Standards Act and is one that Defendant is entitled to remove to this Court under 28 U.S.C. § 1441 in that the action involves civil claims arising under Constitution and laws of the United States thereby triggering this Court's "federal question" jurisdiction.

**JURY DEMAND**

5. Defendant Adams Cypress, LLC hereby demands a trial by jury in accordance with Rule 37 of the Federal Rules of Civil Procedure.

**PRAYER**

6. Considering the foregoing, Defendant prays that the above action now pending in the 270th Harris County District Court, Cause No. 2026-21871, entitled *Daniel Lee v Adams Cypress, LLC.* be removed from state court to this federal court.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jonathan A. Beckerman*
Jonathan A. Beckerman
Texas Bar No.: 24068433
S.D. Federal No. 38384
Nathan Jacob
Texas Bar No. 24122947
S.D. Federal No: 3842377
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767 – Telephone
(713) 759-6830 – Facsimile
Jonathan.Beckerman@lewisbrisbois.com
Nathan.Jacob@lewisbrisbois.com
**ATTORNEYS FOR DEFENDANT,**
**ADAMS CYPRESS, LLC**

## CERTIFICATE OF SERVICE

I certify that on the 8th day of May, 2026, I served a true and correct copy of the foregoing on all counsel of record in the state action by electronic filing, e-mail, facsimile transmission, or certified mail, as follows:

Kerry O’Brien
O’Brien Law Firm
1011 Westlake Drive
Austin, TX 78746
Email: ko@obrienlawpc.com

*/s/ Jonathan A. Beckerman*
Jonathan A. Beckerman

# INDEX OF DOCUMENTS FILED WITH THIS REMOVAL ACTION

Cause No. 2026-21871; *Daniel Lee v Adams Cypress, LLC*; in the 270th Judicial District Court of Harris County, Texas

(a) Court's Case Summary Sheet

(b) Plaintiff's Original Petition

(c) Request for Citation

(d) Citation of Service

(e) Defendant's Answer

LIST OF ATTORNEYS/PARTIES

Cause No. 2026-21871; *Daniel Lee v Adams Cypress, LLC*; in the 270th Judicial District Court of Harris County, Texas

PLAINTIFF'S ATTORNEY:
Kerry V. O'Brien
Texas Bar No. 24038469
ko@obrienlawpc.com
1011 Westlake Drive
Austin, TX 78746
(512) 410-1960 Telephone
(512) 410-6171 Facsimile

DEFENDANT'S ATTORNEYS:
Jonathan A. Beckerman
Texas Bar No.: 24068433
S.D. Federal No. 38384
Nathan Jacob
Texas Bar No. 24122947
S.D. Federal No: 3842377
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767 – Telephone
(713) 759-6830 – Facsimile
Jonathan.Beckerman@lewisbrisbois.com
Nathan.Jacob@lewisbrisbois.com