**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DANIEL LEE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **4:26-cv-03749** |
| | § | |
| **ADAMS CYPRESS, LLC,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## PLAINTIFF'S ADVISORY TO THE COURT – ATTORNEY VACATION

COMES NOW, Kerry O'Brien, attorney for Plaintiff, and hereby advises the Court and all counsel of record that he will be unavailable for any case settings due to vacation during the following dates: **September 1-11, 2026**.

O'Brien respectfully requests that neither the Court nor counsel set any hearings or other case events during these dates.

Respectfully submitted,

**Kerry V. O'Brien**
Texas Bar No. 24038469
Board Certified in Labor & Employment Law by the TBLS

O'BRIEN LAW FIRM
TEXASEMPLOYEES.com

1011 Westlake Drive
Austin, Texas 78746
email: ko@obrienlawpc.com
phone: (512) 410-1960
fax: (512) 410-6171

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record via the electronic case filing system on this the 28th day of July 2026.